# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-02629-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$13,546.00 IN UNITED STATES CURRENCY;
$449,980.00 IN UNITED STATES CURRENCY;
$6,485.00 IN UNITED STATES CURRENCY;
161 ASSORTED JEWELRY;
$81,820.36 SEIZED FROM WELLS FARGO BANK ACCOUNT #81;
$1,479.00 IN UNITED STATES CURRENCY;
$10,594.56 SEIZED FROM GREAT WESTERN BANK ACCOUNT;
$5,535.68 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT;
$142,463.77 IN UNITED STATES CURRENCY;
FIVE ASSORTED WATCHES;
$40,000.00 SEIZED FROM JAMES AND DEBRA LUSTIG;
2010 JEEP WRANGLER;
2007 HUMMER H3; and
LUIS F. URIBE,

      Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Claimant Gerardo Uribe's Motion to Stay All Proceedings as to Claimant Gerardo Uribe (Doc 19- filed November 7, 2014) is **GRANTED**. The parties are directed to file status reports every 60-days regarding Claimant's pending federal criminal case.

Dated: November 10, 2014

---