IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02629-LTB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$13,546.00 IN UNITED STATES CURRENCY;
$449,980.00 IN UNITED STATES CURRENCY;
$6,485.00 IN UNITED STATES CURRENCY;
161 ASSORTED JEWELRY;
$81,820.36 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8175600496;
$1,479.00 IN UNITED STATES CURRENCY;
$10,594.56 SEIZED FROM GREAT WESTERN BANK ACCOUNT # 11398583;
$5,535.68 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT # 452782910;
$142,463.77 IN UNITED STATES CURRENCY;
FIVE ASSORTED WATCHES;
$40,000.00 SEIZED FROM JAMES AND DEBRA LUSTIG;
2010 JEEP WRANGLER; and
2007 HUMMER H3.

       Defendants.

_____

**FINAL ORDER OF FORFEITURE
AS TO CERTAIN DEFENDANT PROPERTIES**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT, the United States and claimants Shamira LLC, Felix Perez, and Beatriz Perez reached a settlement as to defendant $81,820.36 seized from Wells Fargo Bank Account # 8175600496 and defendant 161 Assorted Jewelry;

THAT no other claims to the defendant properties identified below have been filed;

THAT it further appears there is cause to issue a forfeiture order only as to defendant $81,820.36 seized from Wells Fargo Bank Account # 8175600496 under 21 U.S.C. § 881 in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant $81,820.36 seized from Wells Fargo Bank Account # 8175600496 shall enter in favor of the United States; the United States shall have full and legal title to defendant $81,820.36 seized from Wells Fargo Bank Account # 8175600496, and may dispose of defendant asset in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this __17th__ day of __December__, 2015.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK  
U.S. District Court Judge