IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02629-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$13,546.00 IN UNITED STATES CURRENCY;
$449,980.00 IN UNITED STATES CURRENCY;
$6,485.00 IN UNITED STATES CURRENCY;
161 ASSORTED JEWELRY;
$81,820.36 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8175600496;
$1,479.00 IN UNITED STATES CURRENCY;
$10,594.56 SEIZED FROM GREAT WESTERN BANK ACCOUNT # 11398583;
$5,535.68 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT # 452782910;
$142,463.77 IN UNITED STATES CURRENCY;
FIVE ASSORTED WATCHES;
$40,000.00 SEIZED FROM JAMES AND DEBRA LUSTIG;
2010 JEEP WRANGLER; and
2007 HUMMER H3;

    Defendants.

## ORDER LIFTING STAY AS TO GERARDO URIBE

This matter having come before the Court on the United States' Unopposed Motion to Lift Stay as to Gerardo Uribe, and the Court being fully apprised, it is hereby ORDERED that the stay granted in this case is hereby lifted.

SO ORDERED this 29th day of February, 2016.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. District Court Senior Judge