IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02629-LTB-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$13,546.00 IN UNITED STATES CURRENCY;
$449,980.00 IN UNITED STATES CURRENCY;
$6,485.00 IN UNITED STATES CURRENCY;
161 ASSORTED JEWELRY;
$81,820.36 SEIZED FROM WELLS FARGO BANK ACCOUNT # 8175600496;
$1,479.00 IN UNITED STATES CURRENCY;
$10,594.56 SEIZED FROM GREAT WESTERN BANK ACCOUNT # 11398583;
$5,535.68 SEIZED FROM JP MORGAN CHASE BANK ACCOUNT # 452782910;
$142,463.77 IN UNITED STATES CURRENCY;
FIVE ASSORTED WATCHES;
$40,000.00 SEIZED FROM JAMES AND DEBRA LUSTIG;
2010 JEEP WRANGLER; and
2007 HUMMER H3.

        Defendants.
_____

**FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT PROPERTIES**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

1

THAT, the United States and lienholder GMAC North America reached a settlement resolving GMAC's interest as to defendant 2010 Jeep Wrangler.

THAT, the United States and claimant Hector Diaz reached a settlement as to a portion of defendant $142,463.77 in United States Currency and defendant Five Assorted Watches, agreeing to forfeit defendant $142,463.77 and returning one of defendant Five Assorted Watches, more specifically, the Rolex Oyster Sea Dweller watch, serial number P171493;

THAT Claimants Luis Uribe and Gerardo Uribe, through their plea agreements in their criminal case, have agreed to the forfeiture of the following assets they claimed an interest to:

  a. $13,546.00 in United States Currency;
  b. $449,980.00 in United States Currency;
  c. $6,485.00 in United States Currency;
  d. $1,479.00 in United States Currency;
  e. $142,463.77 in United States Currency;
  f. Five Assorted Watches;
  g. $40,000.00 seized from James and Debra Lustig;
  h. 2010 Jeep Wrangler; and
  i. 2007 Hummer H3.

THAT no other claims to the defendant properties identified below have been filed;

THAT it further appears there is cause to issue a forfeiture order only as to

defendant assets under 21 U.S.C. § 881 in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant assets shall enter in favor of the United States and the United States shall have full and legal title to as to the following defendant assets, and may dispose of defendant asset in accordance with law:

a. $13,546.00 in United States Currency;

b. $449,980.00 in United States Currency;

c. $6,485.00 in United States Currency;

d. $1,479.00 in United States Currency;

e. $142,463.77 in United States Currency;

f. Four of the Five Assorted Watches;

g. $40,000.00 seized from James and Debra Lustig;

h. 2010 Jeep Wrangler; and

i. 2007 Hummer H3.

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this __1st__ day of __March__, 2016.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. District Court Senior Judge